IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60527-CMA

AHC VENTURES, INC,

    Plaintiff,

vs.

IZAK ABRAHAM COETZEE, et al.

    Defendants.
_____/

**DEFENDANTS SCHMUEL BARSKI AND SAMTASTIC, LLC'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATE OF INTERESTED PARTIES[1]**

Defendants, SCHMUEL BARSKI and SAMTASTIC, LLC, by and through their undersigned counsel, hereby submits their Corporate Disclosure Statement and Certificate of Interested Parties, as follows:

**CORPORATE DISCLOSURE STATEMENT**

Defendant SAMTASTIC, LLC is a privately held limited liability company that does not have a parent corporation. Defendant SAMTASTIC, LLC certifies that there is no publicly held corporation that holds ten percent or more of its membership interest, and that there are no public membership interests.

**CERTIFICATE OF INTERESTED PARTIES**

Defendants SCHMUEL BARSKI and SAMTASTIC, LLC further state that the following persons, associated persons, firms, partnerships or corporations have a financial

---

[1] Defendants SCHMUEL BARSKI and SAMTASTIC, LLC are filing this Corporate Disclosure Statement and Certificate of Interested Parties as required by Fed. R. Civ. P. 7.1 and this Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties [DE 9]. The filing of this Corporate Disclosure Statement and Certificate of Interested Parties shall not be deemed a waiver of any of Defendants SCHMUEL BARSKI and SAMTASTIC, LLC's defenses, including, but not limited to, any defenses related to lack of proper service or lack of personal jurisdiction or any other defenses or objections that may be available under Fed. R. Civ. P. 1.12(b).

interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities:

1. AHC Ventures Corp. D/B/A Cryoderm – Plaintiff
2. Lloyd List – President and member of Plaintiff
3. Izak Abraham Coetzee – Defendant
4. Allen M. Levine, Esq. – counsel for Plaintiff
5. Jude C. Cooper, Esq. – counsel for Plaintiff
6. Becker & Poliakoff, P.A. – counsel for Plaintiff
7. Israel Liberow – Defendant
8. Pear Enterprises LLC – Defendant
9. Merch, Inc. – Defendant
10. Eli Roth – Defendant
11. Asher Perlin, Esq. – counsel for Defendants Pear Enterprises LLC, Merch, Inc., and Eli Roth
12. Law Office of Asher Perlin – counsel for Defendant Pear Enterprises LLC, Merch, Inc.; and Eli Roth
13. David C. Steinmetz, Esq. – counsel for Defendants Pear Enterprises LLC, Merch, Inc., and Eli Roth
14. Steinmetz LLC – counsel for Defendants Pear Enterprises LLC, Merch, Inc., and Eli Roth
15. Samtastic, LLC – Defendant
16. Schmuel Barski – Defendant

17. Kaufman, Dolowich & Voluck, LLP – counsel for Defendants Samtastic, LLC and Schmuel Barski

18. Jack Kallus, Esq. – counsel for Defendants Samtastic, LLC and Schmuel Barski

19. Stern & Schurin LLP – counsel for Defendants Samtastic, LLC and Schmuel Barski

20. Steven Stern – counsel for Defendants Samtastic, LLC and Schmuel Barski

21. RSBY – Defendant

22. Royal Supply Company – Defendant

23. Moses Bodek – Defendant

24. M&M Discounters, Inc. – Defendant

25. Mendy Levy – Defendant

26. DJ Direct, Inc. – Defendant

Dated: March 29, 2023

          Respectfully submitted,

          */s/Jack Kallus*
          Jack Kallus, Esq.
          Fla. Bar No.: 56111
          jkallus@kdvlaw.com
          **KAUFMAN DOLOWICH & VOLUCK, LLP**
          100 SE 3rd Avenue, Suite 1500
          Ft. Lauderdale, FL 33301
          Telephone:(954) 302-2360

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of March 2023, a true copy of the foregoing was filed with CM/ECF portal which will transmit copies to all counsel of record.

          */s/Jack Kallus*
          Jack Kallus, Esq.